UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JEFFREY MICHAEL REYNOLDS**                                     **CIVIL ACTION**

**VERSUS**                                                                      **NO. 21-312**

**STATE OF LOUISIANA**                                              **SECTION: "A"(5)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's response to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Jeffrey Michael Reynolds for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

March 31, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE